B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Boston Blackies of Lincoln Park, LLC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-4568121** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1962 N. Halsted**<br>**Chicago, IL**                      ZIP Code **60614** | Street Address of Joint Debtor (No. and Street, City, and State):                      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**801 W. Adams Street**<br>**Suite 201**<br>**Chicago, IL**          ZIP Code **60607** | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Boston Blackies of Lincoln Park, LLC.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Boston Blackies Management, Inc.** | Case Number: **09-44643** | Date Filed: **11/24/09** |
|---|---|---|
| District: **USBC Northern District of Illinois** | Relationship: **Co-obligor** | Judge: **Jack B. Schmetterer** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| |
|---|
| Name of Debtor(s): |
| **Boston Blackies of Lincoln Park, LLC.** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Robert R. Benjamin
Signature of Attorney for Debtor(s)

Robert R. Benjamin 0170429
Printed Name of Attorney for Debtor(s)

Querrey & Harrow, Ltd.
Firm Name

175 W. Jackson Boulevard, Suite 1600
Chicago, IL 60604
Address

_____

Email: rbenjamin@querrey.com
(312)540-7000  Fax: (312)540-0578
Telephone Number

November 25, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Nick Giannis
Signature of Authorized Individual

Nick Giannis
Printed Name of Authorized Individual

_____
Title of Authorized Individual

November 25, 2009
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Boston Blackies of Lincoln Park, LLC.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alpha Baking**<br>**4545 Lyndale**<br>**Chicago, IL 60639** | **Alpha Baking**<br>**4545 Lyndale**<br>**Chicago, IL 60639** | **Goods and services** | | 2,831.63 |
| **Alsco Linen**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Alsco Linen**<br>**2641 S. Leavitt**<br>**Chicago, IL 60608** | **Goods and services** | | 3,053.86 |
| **Boston Blackies Properties II, LLC**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Boston Blackies Properties II, LLC**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **Rent** | | 46,500.00 |
| **Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | **Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | **Commercial loans** | | 1,637,462.00<br><br>(0.00 secured) |
| **Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | **Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | **Goods and services** | | 31,917.87 |
| **Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | **Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | **Goods and services** | | 6,458.32 |
| **Carson's**<br>**612 N Wells**<br>**Chicago, IL 60610** | **Carson's**<br>**612 N Wells**<br>**Chicago, IL 60610** | **Goods and services** | | 2,148.00 |
| **Champion Energy**<br>**PO Box 3115**<br>**Houston, TX 77253-3115** | **Champion Energy**<br>**PO Box 3115**<br>**Houston, TX 77253-3115** | **Goods and services** | | 1,657.24 |
| **Dino's & Sons** | **Dino's & Sons** | **Goods and services** | | 4,486.59 |
| **IL Dept. of Employment Security**<br>**33 S. State Street**<br>**Chicago, IL 60603** | **IL Dept. of Employment Security**<br>**33 S. State Street**<br>**Chicago, IL 60603** | **1st, 2nd, 3rd, 4th Quarter 2009** | | 9,641.00 |
| **Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | **Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | **Sales tax September 2009** | | 5,319.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Boston Blackies of Lincoln Park, LLC.**                              Case No.  _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | **Illinois Department of Revenue**<br>**101 W Jefferson St**<br>**Springfield, IL 62702** | **IL 941 2nd, 3rd, 4th quarter 2009** | | **5,086.00** |
| **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | **940 (2009)** | | **1,746.00** |
| **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 S Dearborn St**<br>**Chicago, IL 60604** | **941 2nd, 3rd, 4th quarter 2009** | | **46,518.00** |
| **Jesus Garcia**<br>**4240 W. Melrose**<br>**#2**<br>**Chicago, IL 60641** | **Jesus Garcia**<br>**4240 W. Melrose**<br>**#2**<br>**Chicago, IL 60641** | **Wages** | | **2,400.00** |
| **Melina Kakoulli**<br>**6954 N. Greenview Ave**<br>**#202**<br>**Chicago, IL 60626** | **Melina Kakoulli**<br>**6954 N. Greenview Ave**<br>**#202**<br>**Chicago, IL 60626** | **Wages** | | **2,100.00** |
| **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** | **RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** | **Overdraft of business checking account** | **Unliquidated Disputed** | **165,323.00** |
| **Total Management Systems**<br>**900 W Fullerton Ave**<br>**Addison, IL 60101-3306** | **Total Management Systems**<br>**900 W Fullerton Ave**<br>**Addison, IL 60101-3306** | **Goods and services** | | **5,313.60** |
| **TriMark Marlinn**<br>**6100 W 73rd St**<br>**Suite 1**<br>**Bedford Park, IL 60638** | **TriMark Marlinn**<br>**6100 W 73rd St**<br>**Suite 1**<br>**Bedford Park, IL 60638** | **Goods and services** | | **30,097.46** |
| **Versa Foods, Inc.**<br>**320 W Gerri Lane**<br>**Addison, IL 60101-5012** | **Versa Foods, Inc.**<br>**320 W Gerri Lane**<br>**Addison, IL 60101-5012** | **Goods and services** | | **3,241.65** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Boston Blackies of Lincoln Park, LLC.**                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 25, 2009**                        Signature    **/s/ Nick Giannis**

**Nick Giannis**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Boston Blackies of Lincoln Park, LLC.**                              ,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | Commercial loans | | | | | |
| **Broadway Bank 5960 N. Broadway Chicago, IL 60660** | X | - | | | | | | |
| | | | Value $              **0.00** | | | | 1,637,462.00 | 1,637,462.00 |
| Account No. **34710** | | | **2008 senior installment note total due $5,587,825.00 cross collateralized by other entities. Listed as Unknown so as to not duplicate claim. See Schedule D of Boston Blackies Management Company, Inc., Case No. 09 B 44643.** | | | | | |
| **GE Capital Corp. 8377 E. Hartford Drive Suite 200 Scottsdale, AZ 85255** | X | - | | | | | | |
| | | | Value $         **139,015.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | 1,637,462.00 | 1,637,462.00 |
| | Total (Report on Summary of Schedules) | 1,637,462.00 | 1,637,462.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re **Boston Blackies of Lincoln Park, LLC.** Case No. _____
                                                       ,
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**6**____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Lincoln Park, LLC.**                                    ,    Case No. _____
                                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Adrian Abar**<br>**4742 South Elizabeth**<br>**Chicago, IL 60609** | | - | | **Wages** | | | | **892.68** | **0.00**<br><br>**892.68** |
| Account No.<br><br>**Alejandro Romero Diaz**<br>**2021 N. Albany**<br>**Chicago, IL 60647** | | - | | **Wages** | | | | **317.22** | **0.00**<br><br>**317.22** |
| Account No.<br><br>**Andres Sanchez**<br>**3748 N. Albany**<br>**Apt. Basement**<br>**Chicago, IL 60618** | | - | | **Wages** | | | | **1,066.74** | **0.00**<br><br>**1,066.74** |
| Account No.<br><br>**Andrijanna Kuzmanovska**<br>**6000 North Sheridan**<br>**Apt. 506**<br>**Chicago, IL 60660** | | - | | **Wages** | | | | **1,013.39** | **0.00**<br><br>**1,013.39** |
| Account No.<br><br>**Anna Haliczka**<br>**544 Melrose**<br>**Chicago, IL 60657** | | - | | **Wages** | | | | **1,205.91** | **0.00**<br><br>**1,205.91** |

Sheet __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | **0.00**<br>**4,495.94** | **4,495.94** |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Lincoln Park, LLC.**                                    ,        Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.  Byron Pacheco Hernandez 3116 W. Lelond Chicago, IL 60625 | - | | | Wages | | | | 716.72 | 0.00  716.72 |
| Account No.  Elena Moroz 1521 West Jonquil Terrace #E3 Chicago, IL 60626 | - | | | Wages | | | | 751.23 | 0.00  751.23 |
| Account No.  Elvia Varela 4456 W. Montana Chicago, IL 60639 | - | | | Wages | | | | 668.40 | 0.00  668.40 |
| Account No.  Gabriel Fernandez 1719 W. Huron Apt. #3 Chicago, IL 60622 | - | | | Wages | | | | 830.49 | 0.00  830.49 |
| Account No.  Gabriela Cortes 4015 W. Cornelia Chicago, IL 60641 | - | | | Wages | | | | 337.44 | 0.00  337.44 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,304.28 | 3,304.28 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Lincoln Park, LLC.** ,  Case No. _____

_____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gerardo Lopez <br> 3553 W. Hirsch St. <br> #2 <br> Chicago, IL 60651 | - | | Wages | | | | 1,051.65 | 0.00 | 1,051.65 |
| Account No. <br><br> Gerardo Verela <br> 3130 Pamord <br> Chicago, IL 60618 | - | | Wages | | | | 682.92 | 682.92 | 0.00 |
| Account No. <br><br> Gladys Bernadao <br> 2500 Lawndale <br> Chicago, IL 60647 | - | | Wages | | | | 313.79 | 0.00 | 313.79 |
| Account No. <br><br> Jennifer Bertucci <br> 2820 S. Lowe <br> Chicago, IL 60616 | - | | Wages | | | | 516.17 | 0.00 | 516.17 |
| Account No. <br><br> Jesus Garcia <br> 4240 W. Melrose <br> #2 <br> Chicago, IL 60641 | - | | Wages | | | | 2,400.00 | 0.00 | 2,400.00 |

Sheet __3__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 682.92 |
| (Total of this page) | 4,964.53 | 4,281.61 |

B6E (Official Form 6E) (12/07) - Cont.

In re     **Boston Blackies of Lincoln Park, LLC.**                                    Case No. _____
_____ ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | |
| Jose Mora 4015 West Cornelia Chicago, IL 60641 | - | | | | | | | 0.00 |
| | | | | | | | 390.72 | 390.72 |
| Account No. | | | Wages | | | | | |
| Justin Barnes 2111 W. Roscoe Chicago, IL 60618 | - | | | | | | | 0.00 |
| | | | | | | | 505.22 | 505.22 |
| Account No. | | | Wages | | | | | |
| Lana Gurtskaia 6545 North Francisco #2B Chicago, IL 60645 | - | | | | | | | 0.00 |
| | | | | | | | 238.58 | 238.58 |
| Account No. | | | Wages | | | | | |
| Martin Urbina 3831 N. Fremont #402 Chicago, IL 60613 | - | | | | | | | 0.00 |
| | | | | | | | 648.26 | 648.26 |
| Account No. | | | Wages | | | | | |
| Melina Kakoulli 6954 N. Greenview Ave #202 Chicago, IL 60626 | - | | | | | | | 0.00 |
| | | | | | | | 2,100.00 | 2,100.00 |

Sheet __4__ of __6__ continuation sheets attached to | Subtotal | 0.00
Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 3,882.78    3,882.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Boston Blackies of Lincoln Park, LLC.**                                    ,     Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

                                                      **Wages, salaries, and commissions**

                                                                          TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Wages | | | | | | |
| Miguel Morocho 1719 W. Hurron St. Apt. #3 Chicago, IL 60622 | - | | | | | | | 0.00 | |
| | | | | | | | 926.10 | | 926.10 |
| Account No. | | | Wages | | | | | | |
| Ramon Cuellar 4526 N. Sohar Chicago, IL 62560 | - | | | | | | | 0.00 | |
| | | | | | | | 832.37 | | 832.37 |
| Account No. | | | Wages | | | | | | |
| Vele Velkovski 4510 B. McVicker Chicago, IL 60630 | - | | | | | | | 0.00 | |
| | | | | | | | 920.85 | | 920.85 |
| Account No. | | | Wages | | | | | | |
| Yevgenia Beinik 728 S. Carpenter St. Chicago, IL 60607 | - | | | | | | | 0.00 | |
| | | | | | | | 747.45 | | 747.45 |
| Account No. | | | | | | | | | |

Sheet __5__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,426.77 | 3,426.77 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Boston Blackies of Lincoln Park, LLC.** ,                    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | 1st, 2nd, 3rd, 4th Quarter 2009 | | | | | | |
| IL Dept. of Employment Security 33 S. State Street Chicago, IL 60603 | | - | | | | | 9,641.00 | 0.00 | 9,641.00 |
| Account No. | | | Sales tax September 2009 | | | | | | |
| Illinois Department of Revenue 101 W Jefferson St Springfield, IL 62702 | | - | | | | | 5,319.00 | 0.00 | 5,319.00 |
| Account No. | | | IL 941 2nd, 3rd, 4th quarter 2009 | | | | | | |
| Illinois Department of Revenue 101 W Jefferson St Springfield, IL 62702 | | - | | | | | 5,086.00 | 0.00 | 5,086.00 |
| Account No. | | | 940 (2009) | | | | | | |
| Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn St Chicago, IL 60604 | | - | | | | | 1,746.00 | 0.00 | 1,746.00 |
| Account No. | | | 941 2nd, 3rd, 4th quarter 2009 | | | | | | |
| Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn St Chicago, IL 60604 | | - | | | | | 46,518.00 | 0.00 | 46,518.00 |

Sheet __6__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 68,310.00 | 0.00 / 68,310.00 |
| Total (Report on Summary of Schedules) | 88,384.30 | 682.92 / 87,701.38 |

B6F (Official Form 6F) (12/07)

In re    **Boston Blackies of Lincoln Park, LLC.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**A New Dairy, Inc<br>1234 W. Randolph<br>Chicago, IL 60607** | | - | | | **Goods and services** | | | | 704.33 |
| Account No. **107478**<br><br>**Alpha Baking<br>4545 Lyndale<br>Chicago, IL 60639** | | | | | **Goods and services** | | | | 2,831.63 |
| Account No. **085690**<br><br>**Alsco Linen<br>2641 S. Leavitt<br>Chicago, IL 60608** | | - | | | **Goods and services** | | | | 3,053.86 |
| Account No. **100906**<br><br>**Anderson Pest Control<br>501 W. Lake Street<br>Suite 204<br>Elmhurst, IL 60126-1103** | | - | | | **Goods and services** | | | | 85.00 |

___7___  continuation sheets attached

Subtotal
(Total of this page)    **6,674.82**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:33609-091116   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Lincoln Park, LLC.**                              ,      Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **DF COMM**  <br><br>**Boston Blackies Mgmt, Inc.**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | - | | | Goods and services | | | | 779.50 |
| Account No.  <br><br>**Boston Blackies Properties II, LLC**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | - | | | Rent | | | | 46,500.00 |
| Account No.  <br><br>**Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | - | | | Goods and services | | | | 6,458.32 |
| Account No.  <br><br>**Broadway Bank**<br>**5960 N. Broadway**<br>**Chicago, IL 60660** | - | | | Goods and services | | | | 31,917.87 |
| Account No.  <br><br>**Carson's**<br>**612 N Wells**<br>**Chicago, IL 60610** | - | | | Goods and services | | | | 2,148.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          87,803.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Lincoln Park, LLC.**                                ,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9080400042**<br><br>**Champion Energy**<br>**PO Box 3115**<br>**Houston, TX 77253-3115** | | - | Goods and services | | | | 1,657.24 |
| Account No.<br><br>**Commonwealth Edison**<br>**Bill Payment Center**<br>**Chicago, IL 60668** | | - | Goods and services | | | | 30.30 |
| Account No.<br><br>**Dino's & Sons** | | - | Goods and services | | | | 4,486.59 |
| Account No.<br><br>**Empire Cooling**<br>**940 W Chicago Ave**<br>**Chicago, IL 60622-5494** | | - | Goods and services | | | | 970.20 |
| Account No.<br><br>**Lux Security Systems, Inc.**<br>**3611 N. Nottingham Avenue**<br>**Chicago, IL 60634** | | - | Goods and services | | | | 250.00 |

Sheet no. __2___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **7,394.33**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Lincoln Park, LLC.**                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | Goods and services | | | | |
| MacCarb 4616 W Main St West Dundee, IL 60118 | | - | | | | | | 150.15 |
| Account No. | | | | | | | | |
| Modern Career Apparel | | - | | | | | | 252.00 |
| Account No. | | | | Goods and services | | | | |
| MUZAK PO Box 71070 Charlotte, NC 28272-1070 | | - | | | | | | 90.00 |
| Account No. 4387741 | | | | Goods and services | | | | |
| NSN Employer Services PO Box 617665 Chicago, IL 60661 | | - | | | | | | 93.00 |
| Account No. | | | | Goods and services | | | | |
| Radiant Systems PO Box 198755 Atlanta, GA 30384-8755 | | - | | | | | | 100.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              685.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Lincoln Park, LLC.**                                    ,   Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rally Capital Services, LLC.**<br>**350 N. LaSalle Street**<br>**Suite 1100**<br>**Chicago, IL 60654** | | - | Consulting, advisory and accounting services. Listed as Unknown so as to not duplicate claim. See Schedule D of Boston Blackies Management Company, Inc., Case No. 09 B 44643. | | | | **Unknown** |
| Account No.<br><br>**RBS Citizens, NA d/b/a Charter One**<br>**c/o Riemer & Braunstein, LLP**<br>**71 S. Wacker Dr., Ste. 3515**<br>**Chicago, IL 60606** | X | - | Overdraft of business checking account | | X | X | **165,323.00** |
| Account No. 29087 4<br><br>**Southern Wine & Spirits**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674-2971** | | - | Goods and services | | | | **273.54** |
| Account No.<br><br>**Sta-Kleen**<br>**803 W Estes Ave**<br>**Schaumburg, IL 60193** | | - | Goods and services | | | | **350.00** |
| Account No.<br><br>**Stewarts Private Blend Foods, Inc.**<br>**4110 Wrightwood Ave**<br>**Chicago, IL 60639** | | - | Goods and services | | | | **509.10** |

Sheet no. __4__ of __7__ sheets attached to Schedule of                    Subtotal                     **166,455.64**
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __**Boston Blackies of Lincoln Park, LLC.**_____ ,   Case No. _____
                                               Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **53808**<br><br>**Supreme Lobster**<br>**220 E North Ave**<br>**Villa Park, IL 60181-1221** | | - | | | **Goods and services** | | | | **535.62** |
| Account No.<br><br>**Sysco Chicago Inc**<br>**c/o McMahan R. Sigunick Ltd.**<br>**412 S. Wells St, 6th Floor**<br>**Chicago, IL 60607** | X | - | | | **Goods and services. Listed as Unknown so as to not duplicate claim. See Schedule F of Boston Blackies of Riverside Plaza, Inc., Case No. 09 B 44646.** | | X | X | **Unknown** |
| Account No.<br><br>**Total Management Systems**<br>**900 W Fullerton Ave**<br>**Addison, IL 60101-3306** | | - | | | **Goods and services** | | | | **5,313.60** |
| Account No. **9184**<br><br>**TriMark Marlinn**<br>**6100 W 73rd St**<br>**Suite 1**<br>**Bedford Park, IL 60638** | | - | | | **Goods and services** | | | | **30,097.46** |
| Account No. **20484754**<br><br>**US Food**<br>**PO Box 98045**<br>**Chicago, IL 60693** | | - | | | **Goods and services** | | | | **238.53** |

Sheet no. __**5**___ of __**7**___ sheets attached to Schedule of                                 Subtotal        **36,185.21**
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Boston Blackies of Lincoln Park, LLC.**_____,   Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Versa Foods, Inc.**<br>**320 W Gerri Lane**<br>**Addison, IL 60101-5012** | - | | | **Goods and services** | | | | **3,241.65** |
| Account No.<br><br>**Veterans Linen Supply Co., INC.**<br>**627 S 89th St**<br>**Milwaukee, WI 53214** | - | | | **Goods and services** | | | | **130.15** |
| Account No. **001-140-00005642**<br><br>**Vienna Sausage MFG. Co.**<br>**8033 Solutions Center**<br>**Chicago, IL 60677-8000** | - | | | **Goods and services** | | | | **1,028.97** |
| Account No.<br><br>**Walter J. Jr. Inc.**<br>**2441 Seminary Ave**<br>**Des Plaines, IL 60016** | - | | | **Goods and services** | | | | **110.00** |
| Account No. **312-216762-5**<br><br>**Washington Mutual**<br>**c/o JP Morgan Chase Bank**<br>**PO Box 660022**<br>**Dallas, TX 75266** | - | | | **Overdraft of business checking account** | | | | **Unknown** |

Sheet no. **6** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,510.77**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Boston Blackies of Lincoln Park, LLC.** _____,  Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **152-8114452-2008-0**<br><br>**Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197-4648** | | - | | **Goods and services** | | | | **1,176.79** |
| Account No.<br><br>**Wood Food Systems**<br>**19127 W Casey Rd**<br>**Libertyville, IL 60048** | | - | | **Goods and services** | | | | **228.81** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **1,405.60** |
| Total<br>(Report on Summary of Schedules) | **311,115.21** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court

### Northern District of Illinois

In re   **Boston Blackies of Lincoln Park, LLC.**
_____,
                                    Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chris Giannis**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **membership** | **5%** | |
| **Donna Giannis**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **membership** | **47 1/2%** | |
| **Nick Giannis**<br>**801 W. Adams St**<br>**Suite 201**<br>**Chicago, IL 60607** | **membership** | **47 1/2%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**November 25, 2009**_____          Signature  **/s/ Nick Giannis**_____
                                                                                    **Nick Giannis**

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  __Boston Blackies of Lincoln Park, LLC.__                                Case No.  _____
                                                    Debtor(s)         Chapter  __11__

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __83__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  __November 25, 2009__                          __/s/ Nick Giannis__
                                               __Nick Giannis__/
                                               Signer/Title

164 Grand Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607


A New Dairy, Inc
1234 W. Randolph
Chicago, IL 60607


Adrian Abar
4742 South Elizabeth
Chicago, IL 60609


Alejandro Romero Diaz
2021 N. Albany
Chicago, IL 60647


Alpha Baking
4545 Lyndale
Chicago, IL 60639


Alsco
2641 S. Leavitt
Chicago, IL 60608


Alsco Linen
2641 S. Leavitt
Chicago, IL 60608


Anderson Pest Control
501 W. Lake Street
Suite 204
Elmhurst, IL 60126-1103


Andres Sanchez
3748 N. Albany
Apt. Basement
Chicago, IL 60618


Andrijanna Kuzmanovska
6000 North Sheridan
Apt. 506
Chicago, IL 60660

Anna Haliczka
544 Melrose
Chicago, IL 60657


Boston Blackies Lake Cook Plaza Inc
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies Management, Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies Mgmt, Inc.
801 W. Adams St
Suite 201
Chicago, IL 60607


Boston Blackies Naperville LLC
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies of Lincoln Park LLC
1962 N Halsted
Chicago, IL 60614


Boston Blackies of Riverside Plaza
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies of Skokie, Inc.
9525 Skokie Blvd.
Skokie, IL 60077


Boston Blackies of Winnetka LLC
801 West Adams Street
Suite 201
Chicago, IL 60607


Boston Blackies Properties II, LLC
801 W. Adams St
Suite 201
Chicago, IL 60607

Boston Blackies Properties II, LLC
222 E. Algonquin Rd
Arlington Heights, IL 60005


Broadway Bank
5960 N. Broadway
Chicago, IL 60660


Byron Pacheco Hernandez
3116 W. Lelond
Chicago, IL 60625


Carson's
612 N Wells
Chicago, IL 60610


Champion Energy
PO Box 3115
Houston, TX 77253-3115


Chris Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


Dino's & Sons


Donick Holdings, Inc,
801 W Adams St
Suite 201
Chicago, IL 60607


Donick Holdings, Inc.
801 West Adams Street
Suite 201
Chicago, IL 60607

Donna Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607

Elena Moroz
1521 West Jonquil Terrace
#E3
Chicago, IL 60626

Elvia Varela
4456 W. Montana
Chicago, IL 60639

Empire Cooler Service, Inc.
940 W. Chicago Avenue
Chicago, IL 60622

Empire Cooling
940 W Chicago Ave
Chicago, IL 60622-5494

Gabriel Fernandez
1719 W. Huron
Apt. #3
Chicago, IL 60622

Gabriela Cortes
4015 W. Cornelia
Chicago, IL 60641

GE Capital Corp.
8377 E. Hartford Drive
Suite 200
Scottsdale, AZ 85255

GE Capital Corp.
c/o R. Peterson, Jenner & Block
330 N Wabash Ave, 38th Flr
Chicago, IL 60611

Gerardo Lopez
3553 W. Hirsch St.
#2
Chicago, IL 60651

Gerardo Verela
3130 Pamord
Chicago, IL 60618


Gladys Bernadao
2500 Lawndale
Chicago, IL 60647


IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603


Illinois Department of Revenue
101 W Jefferson St
Springfield, IL 62702


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


Jennifer Bertucci
2820 S. Lowe
Chicago, IL 60616


Jesus Garcia
4240 W. Melrose
#2
Chicago, IL 60641


Jose Mora
4015 West Cornelia
Chicago, IL 60641


Justin Barnes
2111 W. Roscoe
Chicago, IL 60618


Lana Gurtskaia
6545 North Francisco
#2B
Chicago, IL 60645

Lux Security Systems, Inc.
3611 N. Nottingham Avenue
Chicago, IL 60634


MacCarb
4616 W Main St
West Dundee, IL 60118


Martin Urbina
3831 N. Fremont
#402
Chicago, IL 60613


Melina Kakoulli
6954 N. Greenview Ave
#202
Chicago, IL 60626


Miguel Morocho
1719 W. Hurron St.
Apt. #3
Chicago, IL 60622


Modern Career Apparel


MUZAK
PO Box 71070
Charlotte, NC 28272-1070


Nick Giannis
801 West Adams Street
Suite 201
Chicago, IL 60607


NSN Employer Services
PO Box 617665
Chicago, IL 60661


Peter Pan Restaurant Management and
Consultants, Inc.
612 N. Wells Street
Chicago, IL 60614

Radiant Systems
PO Box 198755
Atlanta, GA 30384-8755


Rally Capital Services, LLC.
350 N. LaSalle Street
Suite 1100
Chicago, IL 60654


Ramon Cuellar
4526 N. Sohar
Chicago, IL 62560


RBS Citizens, NA d/b/a Charter One
c/o Riemer & Braunstein, LLP
71 S. Wacker Dr., Ste. 3515
Chicago, IL 60606


Southern Wine & Spirits
2971 Paysphere Circle
Chicago, IL 60674-2971


Sta-Kleen
803 W Estes Ave
Schaumburg, IL 60193


Stewarts Private Blend Foods, Inc.
4110 Wrightwood Ave
Chicago, IL 60639


Supreme Lobster
220 E North Ave
Villa Park, IL 60181-1221


Sysco Chicago Inc
c/o McMahan R. Sigunick Ltd.
412 S. Wells St, 6th Floor
Chicago, IL 60607


Total Management Systems
900 W Fullerton Ave
Addison, IL 60101-3306

Total Management Systems, Inc.
900 W. Fullerton Avenue
Addison, IL 60101


TriMark Marlinn
6100 W 73rd St
Suite 1
Bedford Park, IL 60638


US Food
PO Box 98045
Chicago, IL 60693


Vele Velkovski
4510 B. McVicker
Chicago, IL 60630


Versa Foods, Inc.
320 W Gerri Lane
Addison, IL 60101-5012


Veterans Linen Supply Co., INC.
627 S 89th St
Milwaukee, WI 53214


Vienna Sausage MFG. Co.
8033 Solutions Center
Chicago, IL 60677-8000


Walter J. Jr. Inc.
2441 Seminary Ave
Des Plaines, IL 60016


Washington Mutual
c/o JP Morgan Chase Bank
PO Box 660022
Dallas, TX 75266


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Waste Management
PO Box 4648
Carol Stream, IL 60197

```
Wood Food Systems
19127 W Casey Rd
Libertyville, IL 60048


Yevgenia Beinik
728 S. Carpenter St.
Chicago, IL 60607
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Boston Blackies of Lincoln Park, LLC.**
Debtor(s)

Case No.
Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Boston Blackies of Lincoln Park, LLC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 25, 2009**
Date

**/s/ Robert R. Benjamin**
**Robert R. Benjamin 0170429**
Signature of Attorney or Litigant
Counsel for   **Boston Blackies of Lincoln Park, LLC.**
**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000 Fax:(312)540-0578**
**rbenjamin@querrey.com**