# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSTON BLACKIES OF LINCOLN PARK | § | Case No. 09-44730 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 11/29/2009 . The case was converted to one under Chapter 7 on 03/16/2010 . The undersigned trustee was appointed on 03/16/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 55,982.84 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,037.88 |
| Bank service fees | | 203.09 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 54,741.87 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/26/2010 and the deadline for filing governmental claims was 02/26/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,049.14 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,049.14 , for a total compensation of $ 6,049.14 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/16/2015               By: /s/BRENDA PORTER HELMS, TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 09-44730 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF LINCOLN PARK | | | | Date Filed (f) or Converted (c): | 03/16/2010 (c) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 07/16/2015 | | | | Claims Bar Date: | 02/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 5,103.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 1,565.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 300.00 | 0.00 | | 55,979.14 | FA |
| 5. LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 6. FLATWARE, GLASS, CHINA | 5,974.00 | 0.00 | | 0.00 | FA |
| 7. FURNITURE, FIXTURES | 107,492.00 | 0.00 | | 0.00 | FA |
| 8. PERISHABLES | 9,517.00 | 0.00 | | 0.00 | FA |
| 9. LIQUOR | 5,531.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits          (u) | Unknown | N/A | | 3.70 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $135,985.00          $0.00          $55,982.84          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/2013          Current Projected Date of Final Report (TFR): 12/31/2014

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-44730 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF LINCOLN PARK | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1244 |
| | | | Checking - Non Interest |
| Taxpayer ID No: | XX-XXX8121 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/16/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $54,882.23 | | $54,882.23 |
| 02/15/13 | 10001 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $49.12 | $54,833.11 |
| 02/15/14 | 10002 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $52.11 | $54,781.00 |
| 02/19/15 | 10003 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $39.13 | $54,741.87 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $54,882.23 | $140.36 |
| Less: Bank Transfers/CD's | $54,882.23 | $0.00 |
| Subtotal | $0.00 | $140.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $140.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*     Page Subtotals:     $54,882.23     $140.36

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 09-44730 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BOSTON BLACKIES OF LINCOLN PARK | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6193 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX8121 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/16/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/12 | 4 | WORLDPAY Citizens BankPl.O. Box 42078providence RI 02940 | account receivable | 1121-000 | $55,979.14 | | $55,979.14 |
| 01/14/12 | 101 | AGUALLO, HUMBERTO | storage fees | 2420-000 | | $564.53 | $55,414.61 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.32 | | $55,414.93 |
| 02/01/12 | 102 | Reverses Check # 102 | account #70-39-61-1000 2 | 2420-000 | | ($206.67) | $55,621.60 |
| 02/01/12 | 102 | GAS, NICOR P.O. Box 0632Aurora IL 60507 | account #70-39-61-1000 2 | 2420-000 | | $206.67 | $55,414.93 |
| 02/01/12 | 103 | CLERK U.S. BANKRUPTCY COURT | reopening fee 09-44370 | 2700-000 | | $260.00 | $55,154.93 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.44 | | $55,155.37 |
| 02/29/12 | 104 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $72.99 | $55,082.38 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $65.62 | $55,016.76 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.46 | | $55,017.22 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $67.66 | $54,949.56 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.46 | | $54,950.02 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $69.81 | $54,880.21 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.46 | | $54,880.67 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.44 | | $54,881.11 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.47 | | $54,881.58 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.46 | | $54,882.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $55,982.65 | $1,100.61 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 09-44730  
Case Name: BOSTON BLACKIES OF LINCOLN PARK  
Taxpayer ID No: XX-XXX8121  
For Period Ending: 07/16/2015  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX6193  
Money Market - Interest Bearing  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.19 | | $54,882.23 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $54,882.23 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $55,982.84 | $55,982.84 |
| Less: Bank Transfers/CD's | $0.00 | $54,882.23 |
| Subtotal | $55,982.84 | $1,100.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $55,982.84 | $1,100.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                     Page Subtotals:                $0.19         $54,882.23

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1244 - Checking - Non Interest | $0.00 | $140.36 | $54,741.87 |
| XXXXXX6193 - Money Market - Interest Bearing | $55,982.84 | $1,100.61 | $0.00 |
|  | $55,982.84 | $1,240.97 | $54,741.87 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $55,982.84 |
| Total Gross Receipts: | $55,982.84 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-44730-JBS  Date: July 16, 2015
Debtor Name: BOSTON BLACKIES OF LINCOLN PARK
Claims Bar Date: 2/26/2010

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>2100 | TRUSTEE BRENDA PORTER HELMS<br>Brenda Porter Helms, Trustee | Administrative | | $0.00 | $6,049.14 | $6,049.14 |
| 26<br>1<br>2950 | UNITED STATES TRUSTEE<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $2,600.00 | $2,600.00 |
| 8<br>2<br>4800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | (8-3) ROT/UT 12/1/2008-11/25/2009 | $0.00 | $56.75 | $56.75 |
| 18<br>2<br>6950 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Administrative | Admin Claim for Illinois WIT 12/31/2009--prior to Trustee's appointment<br>(18-2) Illinois Withholding 11/26/09-3/31/10 | $0.00 | $3,484.12 | $3,484.12 |
| 24<br>2<br>6950 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Administrative | MPEA 11/26/09-4/30/10<br>ADMIN Claim | $0.00 | $1,701.26 | $1,701.26 |
| 25<br>2<br>6950 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Administrative | Sales and Use Tax 3/1/10-4/30/10<br>ADMIN | $0.00 | $6,744.33 | $6,744.33 |
| 19<br>3<br>4210 | FDIC<br>Broadway Bank<br>Hiltz & Wantuch, LLC<br>53 W. Jackson, Suite 205<br>Chicago, IL 60604 | Secured | | $0.00 | $1,871,264.51 | $1,871,264.51 |
| 4<br>6210 | QUERRY & HARROW<br>QUERRY & HARROW | Administrative | Fees awarded per order 5/17/10--$25,785 and order 9/16/10--$5,952. (Total fees awarded $31,737)<br>Q&H authorized per order 5/17/10 to apply $8,880 retainer to fees awarded. (unpaid fees $22,857) | $0.00 | $31,737.00 | $31,737.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-44730-JBS  
Debtor Name: BOSTON BLACKIES OF LINCOLN PARK  
Claims Bar Date: 2/26/2010  
Date: July 16, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 6220 | QUERRY & HARROW<br>QUERRY & HARROW | Administrative | Expenses awarded per order 5/17/10--$1229.26 and order 9/16/10--$26. (Total expenses awarded $1,255.26) | $0.00 | $1,255.26 | $1,255.26 |
| 4 6410 | PRUDENTIAL TAX SERVICES<br>Prudential Tax Services | Administrative | Compensation per order 5/20/10 | $0.00 | $19,972.50 | $17,535.00 |
| 27 53 5300 | MELINA KAKOULLI<br>6954 N. Greenview Ave.<br>#202<br>Chicago, IL 60626 | Priority | | $0.00 | $4,500.00 | $4,500.00 |
| 4 58 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | (4-1) Illinois WIT 6/1/07-9/30/09<br>(4-2) Illinois Withholding Tax 7/1/08-9/30/09 | $0.00 | $7,237.04 | $7,237.04 |
| 5 58 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | MPEA pc 10/1/08-10/31/2009 | $0.00 | $4,353.00 | $4,353.00 |
| 7 58 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | Illinois WIT 7/1/08-11/25/09 Estimate | $0.00 | $2,834.00 | $2,834.00 |
| 8B 58 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | (8-3) ROT/UT 12/1/2008-11/25/2009 | $0.00 | $6,819.48 | $6,819.48 |
| 10 58 5800 | ILLINOIS DEPT. OF EMPLOYMENT SECURI<br>33 S. State St.<br>Chicago, IL 60603<br>Attn: Bankruptcy Unit - 10th Floor | Priority | Unemployment tax | $0.00 | $9,840.41 | $9,840.41 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-44730-JBS  
Debtor Name: BOSTON BLACKIES OF LINCOLN PARK  
Claims Bar Date: 2/26/2010  
Date: July 16, 2015

|  | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 22 58 5800 | DEPARTMENT OF TREASURY IRS<br>P.O. Box 21126<br>Philadelphia, PA  19144 | Priority | penalties, back to 2005, for FICA and FUTA taxes, returns not filed | $0.00 | $222,871.39 | $222,871.39 |
| 23 58 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Priority | MPEA 10/1/2008-11/25/2009 | $0.00 | $4,318.91 | $4,318.91 |
| 1 70 7100 | TRIMARK MARLINN INC.<br>Teller Levit & Silvertrust PC | Unsecured |  | $30,097.46 | $30,829.27 | $30,829.27 |
| 2 70 7100 | SOUTHERN WINE & SPIRITS<br>2971 Paysphere Circle<br>Chicago, IL  60674-2971 | Unsecured |  | $273.54 | $322.14 | $322.14 |
| 3 70 7100 | SYSTEMS WOOD FOOD<br>19127 W. Casey Rd.<br>Libertyville, IL  60048 | Unsecured |  | $228.81 | $343.56 | $343.56 |
| 4B 70 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Unsecured | (4-1) Illinois WIT 6/1/07-9/30/09<br>(4-2) Illinois Withholding Tax 7/1/08-9/30/09 | $0.00 | $793.55 | $793.55 |
| 5B 70 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Unsecured | MPEA pc 10/1/08-10/31/2009 | $0.00 | $634.00 | $634.00 |
| 6 70 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664-0338 | Unsecured | 6-1) MPEA penalty 10/2008 | $0.00 | $280.00 | $280.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-44730-JBS  
Debtor Name: BOSTON BLACKIES OF LINCOLN PARK  
Claims Bar Date: 2/26/2010  

Date: July 16, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7B 70 7100 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | Illinois WIT 7/1/08-11/25/09 Estimate | $0.00 | $300.00 | $300.00 |
| 8C 70 7100 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | (8-3) ROT/UT 12/1/2008-11/25/2009 | $0.00 | $572.39 | $572.39 |
| 9 70 7100 | MACCARB 4616 W. Main St. West Dundee, IL 60118 | Unsecured | | $150.15 | $150.15 | $150.15 |
| 10B 70 7100 | IDES 33 S. State St. Chicago, IL 60603 Attn: Bankruptcy Unit - 10th Floor | Unsecured | Unemployment tax | $0.00 | $100.00 | $100.00 |
| 12 70 7100 | A NEW DAIRY INC. 1234 W. Randolph Chicago, IL 60607 | Unsecured | | $704.33 | $1,588.87 | $1,588.87 |
| 13 70 7100 | SYSCO CHICAGO INC. c/o McMahan R. Sigunick Ltd. 412 S. Wells St., 6th Floor Chicago, IL 60607 | Unsecured | | $0.00 | $1,262,310.36 | $1,262,310.36 |
| 14 70 7100 | RALLY CAPITAL SERVICES LLC 350 N. LaSalle St. Suite 1100 Chicago, IL 60654 | Unsecured | | $0.00 | $60,500.00 | $60,500.00 |
| 15 70 7100 | WASTE MANAGEMENT Waste Management - RMC 2625 W. Grandview Rd., #150 Phoenix, AZ 85023 | Unsecured | | $1,176.79 | $1,089.36 | $1,089.36 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-44730-JBS  
Debtor Name: BOSTON BLACKIES OF LINCOLN PARK  
Claims Bar Date: 2/26/2010  
Date: July 16, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16 70 7100 | VIENNA BEEF LTD. 2501 N. Damen Ave. Chicago, IL 60647 c/o Kevin Anderson | Unsecured | | $1,028.97 | $1,034.97 | $1,034.97 |
| 17 70 7100 | ALPHA BAKING 5001 W. Polk St. Chicago, IL 60644 | Unsecured | | $2,831.63 | $3,510.28 | $3,510.28 |
| 20 70 7100 | RBS CITIZENS NA DBA CHARTER ONE c/o Riemer & Braunstein, LLP 71 S. Wacker Dr., Suite 3515 Chicago, IL 60606 | Unsecured | Allowed as unsecured per order 2/6/15 | $165,323.00 | $1,039,941.39 | $1,039,941.39 |
| 21 70 7100 | MORGAN & BLEY LTD. 900 W. Jackson Blvd. Suite 4 East Chicago, IL 60607 | Unsecured | | $0.00 | $27,917.74 | $27,917.74 |
| 22B 70 7100 | DEPARTMENT OF TREASURY IRS P.O. Box 21126 Philadelphia, PA 19144 | Unsecured | | $0.00 | $21,140.47 | $21,140.47 |
| 23B 70 7100 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $0.00 | $561.40 | $561.40 |
| BOND 999 2300 | INTRENATIONAL SURETIES LTD. Intrenational Sureties Ltd. | Administrative | | $0.00 | $213.35 | $213.35 |
| 11 999 2820 | IDES 33 S. State St. Chicago, IL 60603 Attn: Bankruptcy Unit - 10th Floor | Administrative | Amended Administrative POC issued due to a change in total amount claim for converted Bkcy, case Chapter 7. | $0.00 | $0.00 | $0.00 |
| | Case Totals | | | $201,814.68 | $4,661,772.35 | $4,659,334.85 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-44730
Case Name: BOSTON BLACKIES OF LINCOLN PARK
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 54,741.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 19 | FDIC | $ 1,871,264.51 | $ 1,871,264.51 | $ 0.00 | $ 34,106.27 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 56.75 | $ 56.75 | $ 0.00 | $ 56.75 |

Total to be paid to secured creditors $ 34,163.02

Remaining Balance $ 20,578.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE BRENDA PORTER HELMS | $ 6,049.14 | $ 0.00 | $ 6,049.14 |
| Fees: UNITED STATES TRUSTEE | $ 2,600.00 | $ 0.00 | $ 2,600.00 |
| Other: IDES | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: INTRENATIONAL SURETIES LTD. | $ 213.35 | $ 213.35 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 8,649.14

Remaining Balance $ 11,929.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor Fees: QUERRY & HARROW | $ 31,737.00 | $ 0.00 | $ 0.00 |
| Attorney for Debtor Expenses: QUERRY & HARROW | $ 1,255.26 | $ 0.00 | $ 0.00 |
| Accountant for Fees: PRUDENTIAL TAX SERVICES | $ 17,535.00 | $ 0.00 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 11,929.71 | $ 0.00 | $ 11,929.71 |

　　Total to be paid for prior chapter administrative expenses　　$　　11,929.71

　　Remaining Balance　　$　　0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 262,774.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | MELINA KAKOULLI | $ 4,500.00 | $ 0.00 | $ 0.00 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | $ 7,237.04 | $ 0.00 | $ 0.00 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE | $ 4,353.00 | $ 0.00 | $ 0.00 |
| 7 | ILLINOIS DEPARTMENT OF REVENUE | $ 2,834.00 | $ 0.00 | $ 0.00 |
| 8B | ILLINOIS DEPARTMENT OF REVENUE | $ 6,819.48 | $ 0.00 | $ 0.00 |
| 10 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $ 9,840.41 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | DEPARTMENT OF TREASURY | $ 222,871.39 | $ 0.00 | $ 0.00 |
| 23 | ILLINOIS DEPARTMENT OF REVENUE | $ 4,318.91 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                                                              $_____0.00

Remaining Balance                                                                                             $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,453,919.90  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TRIMARK MARLINN INC. | $ 30,829.27 | $ 0.00 | $ 0.00 |
| 2 | SOUTHERN WINE & SPIRITS | $ 322.14 | $ 0.00 | $ 0.00 |
| 3 | SYSTEMS WOOD FOOD | $ 343.56 | $ 0.00 | $ 0.00 |
| 4B | ILLINOIS DEPARTMENT OF REVENUE | $ 793.55 | $ 0.00 | $ 0.00 |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | $ 634.00 | $ 0.00 | $ 0.00 |
| 6 | ILLINOIS DEPARTMENT OF REVENUE | $ 280.00 | $ 0.00 | $ 0.00 |
| 7B | ILLINOIS DEPARTMENT OF REVENUE | $ 300.00 | $ 0.00 | $ 0.00 |
| 8C | ILLINOIS DEPARTMENT OF REVENUE | $ 572.39 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | MACCARB | $ 150.15 | $ 0.00 | $ 0.00 |
| 10B | IDES | $ 100.00 | $ 0.00 | $ 0.00 |
| 12 | A NEW DAIRY INC. | $ 1,588.87 | $ 0.00 | $ 0.00 |
| 13 | SYSCO CHICAGO INC. | $ 1,262,310.36 | $ 0.00 | $ 0.00 |
| 14 | RALLY CAPITAL SERVICES LLC | $ 60,500.00 | $ 0.00 | $ 0.00 |
| 15 | WASTE MANAGEMENT | $ 1,089.36 | $ 0.00 | $ 0.00 |
| 16 | VIENNA BEEF LTD. | $ 1,034.97 | $ 0.00 | $ 0.00 |
| 17 | ALPHA BAKING | $ 3,510.28 | $ 0.00 | $ 0.00 |
| 20 | RBS CITIZENS NA DBA CHARTER ONE | $ 1,039,941.39 | $ 0.00 | $ 0.00 |
| 21 | MORGAN & BLEY LTD. | $ 27,917.74 | $ 0.00 | $ 0.00 |
| 22B | DEPARTMENT OF TREASURY | $ 21,140.47 | $ 0.00 | $ 0.00 |
| 23B | ILLINOIS DEPARTMENT OF REVENUE | $ 561.40 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $              0.00

Remaining Balance    $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE