# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOSTON BLACKIES OF LINCOLN PARK | § | Case No. 09-44730 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                  219 S. Dearborn Street
                  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/25/2015 in Courtroom 682,
                  United States Courthouse
                  219 S. Dearborn St.
                  Chicago, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/Jeffrey P. Allsteadt_____
                                            Clerk of U.S. Bankruptcy Court


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BOSTON BLACKIES OF LINCOLN PARK § Case No. 09-44730
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 55,982.84 |
| and approved disbursements of | $ | 1,240.97 |
| leaving a balance on hand of[1] | $ | 54,741.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 19 | FDIC | $ 1,871,264.51 | $ 1,871,264.51 | $ 0.00 | $ 34,106.27 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 56.75 | $ 56.75 | $ 0.00 | $ 56.75 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 34,163.02 |
| Remaining Balance | $ 20,578.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: TRUSTEE BRENDA PORTER HELMS | $ 6,049.14 | $ 0.00 | $ 6,049.14 |
| Fees: UNITED STATES TRUSTEE | $ 2,600.00 | $ 0.00 | $ 2,600.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: INTRENATIONAL SURETIES LTD. | $ 213.35 | $ 213.35 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,649.14 |
| Remaining Balance | | $ | 11,929.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Debtor Fees: QUERRY & HARROW | $ 31,737.00 | $ 0.00 | $ 0.00 |
| Attorney for Debtor Expenses: QUERRY & HARROW | $ 1,255.26 | $ 0.00 | $ 0.00 |
| Accountant for Fees: PRUDENTIAL TAX SERVICES | $ 17,535.00 | $ 0.00 | $ 0.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 11,929.71 | $ 0.00 | $ 11,929.71 |
| Total to be paid for prior chapter administrative expenses | | $ | 11,929.71 |
| Remaining Balance | | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 262,774.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 27 | MELINA KAKOULLI | $ 4,500.00 | $ 0.00 | $ 0.00 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | $ 7,237.04 | $ 0.00 | $ 0.00 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE | $ 4,353.00 | $ 0.00 | $ 0.00 |
| 7 | ILLINOIS DEPARTMENT OF REVENUE | $ 2,834.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8B | ILLINOIS DEPARTMENT OF REVENUE | $ 6,819.48 | $ 0.00 | $ 0.00 |
| 10 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | $ 9,840.41 | $ 0.00 | $ 0.00 |
| 22 | DEPARTMENT OF TREASURY | $ 222,871.39 | $ 0.00 | $ 0.00 |
| 23 | ILLINOIS DEPARTMENT OF REVENUE | $ 4,318.91 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                                        $             0.00

Remaining Balance                                                              $             0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,453,919.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TRIMARK MARLINN INC. | $ 30,829.27 | $ 0.00 | $ 0.00 |
| 2 | SOUTHERN WINE & SPIRITS | $ 322.14 | $ 0.00 | $ 0.00 |
| 3 | SYSTEMS WOOD FOOD | $ 343.56 | $ 0.00 | $ 0.00 |
| 4B | ILLINOIS DEPARTMENT OF REVENUE | $ 793.55 | $ 0.00 | $ 0.00 |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | $ 634.00 | $ 0.00 | $ 0.00 |
| 6 | ILLINOIS DEPARTMENT OF REVENUE | $ 280.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7B | ILLINOIS DEPARTMENT OF REVENUE | $ 300.00 | $ 0.00 | $ 0.00 |
| 8C | ILLINOIS DEPARTMENT OF REVENUE | $ 572.39 | $ 0.00 | $ 0.00 |
| 9 | MACCARB | $ 150.15 | $ 0.00 | $ 0.00 |
| 10B | IDES | $ 100.00 | $ 0.00 | $ 0.00 |
| 12 | A NEW DAIRY INC. | $ 1,588.87 | $ 0.00 | $ 0.00 |
| 13 | SYSCO CHICAGO INC. | $ 1,262,310.36 | $ 0.00 | $ 0.00 |
| 14 | RALLY CAPITAL SERVICES LLC | $ 60,500.00 | $ 0.00 | $ 0.00 |
| 15 | WASTE MANAGEMENT | $ 1,089.36 | $ 0.00 | $ 0.00 |
| 16 | VIENNA BEEF LTD. | $ 1,034.97 | $ 0.00 | $ 0.00 |
| 17 | ALPHA BAKING | $ 3,510.28 | $ 0.00 | $ 0.00 |
| 20 | RBS CITIZENS NA DBA CHARTER ONE | $ 1,039,941.39 | $ 0.00 | $ 0.00 |
| 21 | MORGAN & BLEY LTD. | $ 27,917.74 | $ 0.00 | $ 0.00 |
| 22B | DEPARTMENT OF TREASURY | $ 21,140.47 | $ 0.00 | $ 0.00 |
| 23B | ILLINOIS DEPARTMENT OF REVENUE | $ 561.40 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  Prepared By: /s/ Brenda Porter Helms
           Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                                    Case No. 09-44730-JBS
Boston Blackies of Lincoln Park, LLC.                                     Chapter 7
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 4                  Date Rcvd: Jul 23, 2015
                              Form ID: pdf006              Total Noticed: 104


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2015.
db             +Boston Blackies of Lincoln Park, LLC.,    801 W. Adams Street,    Suite 201,
                 Chicago, IL 60607-3035
14771124       +164 Grand Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771125       +A New Dairy, Inc,    1234 W. Randolph,    Chicago, IL 60607-1604
14771126       +Adrian Abar,    4742 South Elizabeth,    Chicago, IL 60609-4209
14771127       +Alejandro Romero Diaz,    2021 N. Albany,    Chicago, IL 60647-4036
14771128       +Alpha Baking,    5001 W. Polk St.,    Chicago, IL 60644-5249
15143232       +Alpha Baking,    4545 Lyndale,    Chicago, IL 60639-3492
14771129       +Alsco,   2641 S. Leavitt,    Chicago, IL 60608-5215
14771130       +Alsco Linen,    2641 S. Leavitt,    Chicago, IL 60608-5215
14771131       +Anderson Pest Control,    501 W. Lake Street,    Suite 204,    Elmhurst, IL 60126-1419
14771132       +Andres Sanchez,    3748 N. Albany,    Apt. Basement,    Chicago, IL 60618-4522
14771133       +Andrijanna Kuzmanovska,    6000 North Sheridan,    Apt. 506,    Chicago, IL 60660-2968
14771134       +Anna Haliczka,    544 Melrose,    Chicago, IL 60657-3774
15143233       +Berkel Midwest Sales & Service,    4900 W. 128th Place,    Alsip, IL 60803-3012
14771135       +Boston Blackies Lake Cook Plaza Inc,    801 West Adams Street,    Suite 201,
                 Chicago, IL 60607-3035
14771136       +Boston Blackies Management, Inc.,    801 West Adams Street,    Suite 201,
                 Chicago, IL 60607-3035
14771137       +Boston Blackies Mgmt, Inc.,    801 W. Adams St,    Suite 201,    Chicago, IL 60607-3035
14771138       +Boston Blackies Naperville LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771143       +Boston Blackies Properties II, LLC,    801 W. Adams St,    Suite 201,    Chicago, IL 60607-3035
14771144       +Boston Blackies Properties II, LLC,    222 E. Algonquin Rd,    Arlington Heights, IL 60005-4662
14897538       +Boston Blackies of Arlington Height,    801 West Adams Street,    Suite 201,
                 Chicago, IL 60607-3035
14771139       +Boston Blackies of Lincoln Park LLC,    1962 N Halsted,    Chicago, IL 60614-5009
15143235       +Boston Blackies of Naperville, LLC,    916 S. Route 59,    Naperville, IL 60540-0933
14771140       +Boston Blackies of Riverside Plaza,    120 S. Riverside Plaza,    Floor 1,
                 Chicago, IL 60606-3947
14771141       +Boston Blackies of Skokie, Inc.,    9525 Skokie Blvd.,    Skokie, IL 60077-1314
14897539       +Boston Blackies of Skokie, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771142       +Boston Blackies of Winnetka LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15143234       +Boston Blackies-164 East Grand,    164 E. Grand Avenue,    Chicago, IL 60611-3806
14771146       +Byron Pacheco Hernandez,    3116 W. Lelond,    Chicago, IL 60625-4454
14771202       ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: Washington Mutual,     c/o JP Morgan Chase Bank,    PO Box 660022,
                 Dallas, TX 75266)
14771147       +Carson's,    612 N Wells,    Chicago, IL 60654-3715
14897540       +Chris Demos,    c/o Costas Greek Dining & Bar,    340 South Halsted,    Chicago, IL 60661-5406
14771149       +Chris Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15143237       +Chris Giannis,    6424 Tower Court,    Lincolnwood, IL 60712-4208
15143239       +Department of Water Management,    Attn: Legal/Bankruptcy Dept,    333 South State St, #LL 10,
                 Chicago, IL 60604-3979
14771151       +Dino's & Sons,    6059 N. Hermitage Street,    Chicago, IL 60660-2303
15143240       +DirecTV,    DirecTV Office of General Counsel,    P O Box 915,    El Segundo, CA 90245-0915
14771152       +Donick Holdings, Inc,,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14771153       +Donick Holdings, Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771154       +Donna Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15143241       +Donna Giannis,    6424 Tower Court,    Lincolnwood, IL 60712-4208
14771156       +Elvia Varela,    4456 W. Montana,    Chicago, IL 60639-1916
14771157       +Empire Cooler Service, Inc.,    940 W. Chicago Avenue,    Chicago, IL 60642-5494
14771158       +Empire Cooling,    940 W Chicago Ave,    Chicago, IL 60642-5494
14771145       +FDIC,    Broadway Bank,    Hiltz & Wantuch LLC,    53 W Jackson Blvd Ste 205,
                 Chicago, IL 60604-3673
14771162       +GE Capital Corp.,    c/o R. Peterson, Jenner & Block,    330 N Wabash Ave, 38th Flr,
                 Chicago, IL 60611-3586
14771161       +GE Capital Corp.,    8377 E. Hartford Drive,    Suite 200,    Scottsdale, AZ 85255-5687
14771159       +Gabriel Fernandez,    1719 W. Huron,    Apt. #3,    Chicago, IL 60622-5621
14771160       +Gabriela Cortes,    4015 W. Cornelia,    Chicago, IL 60641-3917
14771163       +Gerardo Lopez,    3553 W. Hirsch St.,    #2,    Chicago, IL 60651-2208
14771164        Gerardo Verela,    3130 Pamord,    Chicago, IL 60618
14771165       +Gladys Bernadao,    2500 Lawndale,    Chicago, IL 60647-1110
14771171       +Jose Mora,    4015 West Cornelia,    Chicago, IL 60641-3917
14771172       +Justin Barnes,    2111 W. Roscoe,    Chicago, IL 60618-6214
14771173       +Lana Gurtskaia,    6545 North Francisco,    #2B,    Chicago, IL 60645-4327
14771174       +Lux Security Systems, Inc.,    3611 N. Nottingham Avenue,    Chicago, IL 60634-2243
14771175       #+MacCarb,    4616 W Main St,    West Dundee, IL 60118-9414
14771176       +Martin Urbina,    3831 N. Fremont,    #402,    Chicago, IL 60613-3063
14771177       +Melina Kakoulli,    6954 N. Greenview Ave,    #202,    Chicago, IL 60626-3401
14771178       +Miguel Morocho,    1719 W. Hurron St.,    Apt. #3,    Chicago, IL 60622-5621
15169484       +Morgan & Bley, Ltd.,    900 West Jackson Blvd.,    Suite 4 East,    Chicago, Illinois 60607-3745
14771182       +NSN Employer Services,    PO Box 617665,    Chicago, IL 60661-7665
15143242       +Nick Giannis,    6424 Tower Court,    Lincolnwood, IL 60712-4208
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 4                   Date Rcvd: Jul 23, 2015
                              Form ID: pdf006              Total Noticed: 104


14771181      +Nick Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15143529      +Peoples Gas Light & Coke Company,    130 E Randolph Drive,    Chicago IL 60601-6207
14771183      +Peter Pan Restaurant Management and,    Consultants, Inc.,    612 N. Wells Street,
                Chicago, IL 60654-3715
14771187      +RBS Citizens, NA d/b/a Charter One,    c/o Riemer & Braunstein, LLP,
                71 S. Wacker Dr., Ste. 3515,    Chicago, IL 60606-4610
14771184       Radiant Systems,    PO Box 198755,   Atlanta, GA 30384-8755
14771185      +Rally Capital Services, LLC.,    350 N. LaSalle Street,    Suite 1100,    Chicago, IL 60654-5131
14771186       Ramon Cuellar,    4526 N. Sohar,   Chicago, IL 62560
14771188       Southern Wine & Spirits,    2971 Paysphere Circle,    Chicago, IL 60674-2971
14771189      +Sta-Kleen,    803 W Estes Ave,   Schaumburg, IL 60193-4477
14771190      +Stewarts Private Blend Foods, Inc.,    4110 Wrightwood Ave,    Chicago, IL 60639-2172
14771191      +Supreme Lobster,    220 E North Ave,    Villa Park, IL 60181-1207
14771192      +Sysco Chicago Inc,    c/o McMahan R. Sigunick Ltd.,    412 S. Wells St, 6th Floor,
                Chicago, IL 60607-3972
15143244      +Top Line Seating, Inc,    540 South 31 Street,    Kennilworth, NJ 07033-1306
14771193       Total Management Systems,    900 W Fullerton Ave,    Addison, IL 60101-3306
15143245      +TriMark Marlinn,    6100 W 73rd St,    Suite 1,   Bedford Park, IL 60638-6107
14771195      +TriMark Marlinn, Inc,    Teller, Levit & Silvertrust, PC,    11 E. Adams St, #800,
                Chicago, IL 60603-6324
14771196      +US Food,   PO Box 98045,    Chicago, IL 60693-8045
14771197       Vele Velkovski,    4510 B. McVicker,    Chicago, IL 60630
14771198       Versa Foods, Inc.,    320 W Gerri Lane,    Addison, IL 60101-5012
15004054      +Vienna Beef Ltd,    c/o Kevin Andersen,    2501 N. Damen Avenue,    Chicago, IL 60647-2101
14771200       Vienna Sausage MFG. Co.,    8033 Solutions Center,    Chicago, IL 60677-8000
14771201      +Walter J. Jr. Inc.,    2441 Seminary Ave,    Des Plaines, IL 60016-4843
14771204      +Waste Management,    PO Box 4648,   Carol Stream, IL 60197-4648
14771205      +Wood Food Systems,    19127 W Casey Rd,    Libertyville, IL 60048-1078
14771206      +Yevgenia Beinik,    728 S. Carpenter St.,    Chicago, IL 60607-3432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14771148       E-mail/Text: christy@championenergyservices.com Jul 24 2015 00:51:17      Champion Energy,
                PO Box 3115,    Houston, TX 77253-3115
15143236      +E-mail/Text: christy@championenergyservices.com Jul 24 2015 00:51:17      Champion Energy, LLC,
                Attn: Bankruptcy Dept,    13831 NW Freeway, Ste 250,    Houston, TX 77040-5205
15143528      +E-mail/Text: legalcollections@comed.com Jul 24 2015 00:51:51      ComEd Company,
                Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
14771150      +E-mail/Text: legalcollections@comed.com Jul 24 2015 00:51:51      Commonwealth Edison,
                Bill Payment Center,    Chicago, IL 60668-0001
15143238      +E-mail/Text: legalcollections@comed.com Jul 24 2015 00:51:51      Commonwealth Edison,
                c/o LaShonda Hunt,    10 South Dearborn St, 35th Fl.,    Chicago, IL 60603-2300
14771166      +E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 24 2015 00:52:04
                IL Dept. of Employment Security,    33 S. State Street,    Chicago, IL 60603-2808
14771167       E-mail/Text: rev.bankruptcy@illinois.gov Jul 24 2015 00:50:18
                Illinois Department of Revenue,    101 W Jefferson St,    Springfield, IL 62702
14771168       E-mail/Text: cio.bncmail@irs.gov Jul 24 2015 00:49:24      Department of the Treasury,
                Internal Revenue Service,    P O Box 21126,   Philadelphia, PA 19114
16520323      +E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 24 2015 00:52:04
                Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14861795      +E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 24 2015 00:52:04
                Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808
14845402       E-mail/Text: rev.bankruptcy@illinois.gov Jul 24 2015 00:50:18
                Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,
                Chicago, IL  60664-0338
14771180       E-mail/Text: deborah.lung@moodmedia.com Jul 24 2015 00:48:53      MUZAK,    PO Box 71070,
                Charlotte, NC 28272-1070
16244973      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jul 24 2015 00:50:01      Office of the U.S. Trustee,
                219 S. Dearborn St., Room 873,    Chicago, IL 60604-2027
15143243       E-mail/Text: shannon.sullivan@windstream.com Jul 24 2015 00:49:16       Paetec,
                Attn: Shannon Sullivan,    1 Martha’s Way,   Hiawatha, IA 52233
15143246      +E-mail/Text: rmcbknotices@wm.com Jul 24 2015 00:52:09      Waste Management,
                Attn: Dennis Wilt,    720 E. Butterfield Rd, 4th Fl,    Lombard, IL 60148-5689
14771203      +E-mail/Text: rmcbknotices@wm.com Jul 24 2015 00:52:09      Waste Management,
                Waste Management-RMC,    2625 W. Grandview Rd., Ste 150,    Phoenix, AZ 85023-3109
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14771179       Modern Career Apparel
14861930*     +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808
14771194*     +Total Management Systems, Inc.,    900 W. Fullerton Avenue,    Addison, IL 60101-3306
14771155     ##+Elena Moroz,    1521 West Jonquil Terrace,    #E3,   Chicago, IL 60626-1216
14771169     ##+Jennifer Bertucci,    2820 S. Lowe,    Chicago, IL 60616-2511
14771170     ##+Jesus Garcia,    4240 W. Melrose,    #2,   Chicago, IL 60641-4642
14771199     ##+Veterans Linen Supply Co., INC.,    627 S 89th St,    Milwaukee, WI 53214-1399
                                                                                              TOTALS: 1, * 2, ## 4
```

```
District/off: 0752-1          User: cmendoza1            Page 3 of 4              Date Rcvd: Jul 23, 2015
                              Form ID: pdf006            Total Noticed: 104
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2015                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2015 at the address(es) listed below:

```
          Beverly A Berneman    on behalf of Debtor    Boston Blackies of Lincoln Park, LLC.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchri
           stie.com;smccauley@golanchristie.com
          Beverly A Berneman    on behalf of Plaintiff    Boston Blackies of Lincoln Park, LLC.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchri
           stie.com;smccauley@golanchristie.com
          Beverly A Berneman    on behalf of Accountant    Prudential Tax Services
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchri
           stie.com;smccauley@golanchristie.com
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
           brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms brenda.helms@albanybank.com,
           bhelms@ecf.epiqsystems.com
          Christopher B Lega    on behalf of Defendant    RBS Citizens, N.A. d/b/a Charter One
           chrislega@gmail.com,   chrislega@gmail.com
          Christopher B Lega    on behalf of Defendant    RBS Citizens, N.A., d/b/a Charter One, successor by
           merger with Charter One Bank, N.A. chrislega@gmail.com,   chrislega@gmail.com
          David  Brown, ESQ    on behalf of Trustee Brenda Porter Helms dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          Eileen M Sethna    on behalf of Debtor    Boston Blackies of Lincoln Park, LLC. esethna@chuhak.com,
           rsaldivar@chuhak.com
          Eileen M Sethna    on behalf of Plaintiff    Boston Blackies of Lincoln Park, LLC.
           esethna@chuhak.com,   rsaldivar@chuhak.com
          Jean  Soh    on behalf of Creditor    Broadway Bank jsoh@polsinelli.com,
           chicagodocketing@polsinelli.com
          Jeffrey D Ganz    on behalf of Defendant    RBS Citizens, N.A. d/b/a Charter One
           jganz@riemerlaw.com,   saguado@riemerlaw.com
          Jeffrey D Ganz    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by
           merger with Charter One Bank, N.A. jganz@riemerlaw.com,   saguado@riemerlaw.com
          Jerry L Switzer    on behalf of Creditor    Broadway Bank jswitzer@polsinelli.com,
           chicagodocketing@polsinelli.com
          John F Hiltz    on behalf of Creditor    Federal Deposit Insurance Corporation as Receiver for
           Broadway Bank jhiltz@hwzlaw.com,   kwantuch@hwzlaw.com,bzanzig@hwzlaw.com
          Joshua D. Greene    on behalf of Trustee Brenda Porter Helms jgreene@springerbrown.com,
           iprice@springerbrown.com;jkrafcisin@springerbrown.com
          Michael J. Davis    on behalf of Trustee Brenda Porter Helms mdavis@bknmurray.com,
           davislaw80@gmail.com;llarson@bknmurray.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Robert  Lynch, III    on behalf of Creditor    Illinois Department of Revenue
           robert.lynch2@illinois.gov
```

```
District/off: 0752-1          User: cmendoza1             Page 4 of 4              Date Rcvd: Jul 23, 2015
                              Form ID: pdf006             Total Noticed: 104
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
  Robert R Benjamin    on behalf of Plaintiff    Boston Blackies of Lincoln Park, LLC.
   rrbenjamin@golanchristie.com,
   lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchristie.com;smccauley@golanchristie.com
  Robert R Benjamin    on behalf of Debtor    Boston Blackies of Lincoln Park, LLC.
   rrbenjamin@golanchristie.com,
   lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;wstefaniak@golanchristie.com;smccauley@golanchristie.com
  Thomas M Lombardo    on behalf of Defendant    RBS Citizens, N.A. d/b/a Charter One
   tlombardo@dimontelaw.com
  Thomas M Lombardo    on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by merger with Charter One Bank, N.A. tlombardo@dimontelaw.com

                            TOTAL: 24