UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BOSTON BLACKIES OF LINCOLN § Case No. 09-44730
PARK §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 135,685.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  34,163.02 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  21,819.82 | |

3) Total gross receipts of $ 55,982.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 55,982.84 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,637,462.00 | $ 1,871,321.26 | $ 1,871,321.26 | $ 34,163.02 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,890.11 | 9,890.11 | 9,890.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 64,894.47 | 62,456.97 | 11,929.71 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 262,774.23 | 262,774.23 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 655,050.19 | 2,453,919.90 | 2,453,919.90 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,292,512.19 | $ 4,662,799.97 | $ 4,660,362.47 | $ 55,982.84 |

4) This case was originally filed under chapter on 11/29/2009, and it was converted to chapter 7 on 03/16/2010. The case was pending for 67 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/27/2015         By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1121-000 | 55,979.14 |
| Post-Petition Interest Deposits | 1270-000 | 3.70 |
| **TOTAL GROSS RECEIPTS** | | **$55,982.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Broadway Bank | | 1,637,462.00 | NA | NA | 0.00 |
| 19 | FDIC | 4210-000 | NA | 1,871,264.51 | 1,871,264.51 | 34,106.27 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | 4800-000 | NA | 56.75 | 56.75 | 56.75 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,637,462.00** | **$ 1,871,321.26** | **$ 1,871,321.26** | **$ 34,163.02** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Helms Law Firm P.C. | 2100-000 | NA | 6,049.14 | 6,049.14 | 6,049.14 |
| TRUSTEE BRENDA PORTER HELMS | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| INTRENATIONAL SURETIES LTD. | 2300-000 | NA | 213.35 | 213.35 | 213.35 |
| AGUALLO, HUMBERTO | 2420-000 | NA | 564.53 | 564.53 | 564.53 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 203.09 | 203.09 | 203.09 |
| CLERK U.S. BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| IDES | 2820-000 | NA | 0.00 | 0.00 | 0.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 2,600.00 | 2,600.00 | 2,600.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,890.11 | $ 9,890.11 | $ 9,890.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| QUERRY & HARROW | 6210-160 | NA | 31,737.00 | 31,737.00 | 0.00 |
| QUERRY & HARROW | 6220-170 | NA | 1,255.26 | 1,255.26 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRUDENTIAL TAX SERVICES | 6410-000 | NA | 19,972.50 | 17,535.00 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 6950-730 | NA | 11,929.71 | 11,929.71 | 11,929.71 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 64,894.47 | $ 62,456.97 | $ 11,929.71 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 27 | MELINA KAKOULLI | 5300-000 | NA | 4,500.00 | 4,500.00 | 0.00 |
| 22 | DEPARTMENT OF TREASURY | 5800-000 | NA | 222,871.39 | 222,871.39 | 0.00 |
| 23 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 4,318.91 | 4,318.91 | 0.00 |
| 4 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 7,237.04 | 7,237.04 | 0.00 |
| 5 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 4,353.00 | 4,353.00 | 0.00 |
| 7 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 2,834.00 | 2,834.00 | 0.00 |
| 8B | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 6,819.48 | 6,819.48 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | NA | 9,840.41 | 9,840.41 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 262,774.23 | $ 262,774.23 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alsco Linen | | 3,053.86 | NA | NA | 0.00 |
| | Anderson Pest Control | | 85.00 | NA | NA | 0.00 |
| | Berkel Midwest Sales & Service | | 600.00 | NA | NA | 0.00 |
| | Boston Blackies - 164 East Grand | | 24,838.94 | NA | NA | 0.00 |
| | Boston Blackies Management, Inc. | | 263,638.32 | NA | NA | 0.00 |
| | Boston Blackies Mgmt, Inc. | | 779.50 | NA | NA | 0.00 |
| | Boston Blackies of Naperville, LLC. | | 34,693.39 | NA | NA | 0.00 |
| | Boston Blackies of Riverside Plaza | | 20,610.18 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Boston Blackies of Skokie, Inc. | | 22.71 | NA | NA | 0.00 |
| | Boston Blackies Properties I, Inc. | | 12,707.00 | NA | NA | 0.00 |
| | Boston Blackies Properties I, LLC | | 46,500.00 | NA | NA | 0.00 |
| | Carson's | | 2,148.00 | NA | NA | 0.00 |
| | Champion Energy LLC | | 2,569.63 | NA | NA | 0.00 |
| | Chris Giannis | | 0.00 | NA | NA | 0.00 |
| | Commonwealth Edison | | 1,131.98 | NA | NA | 0.00 |
| | Department of Water Management | | 504.11 | NA | NA | 0.00 |
| | Dino's & Sons | | 4,486.59 | NA | NA | 0.00 |
| | DirecTV | | 829.57 | NA | NA | 0.00 |
| | Donna Giannis | | 0.00 | NA | NA | 0.00 |
| | Empire Cooling | | 970.20 | NA | NA | 0.00 |
| | Lux Security Systems, Inc. | | 250.00 | NA | NA | 0.00 |
| | Nick Giannis | | 0.00 | NA | NA | 0.00 |
| | NSN Employer Services | | 93.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paetec | | 1,437.87 | NA | NA | 0.00 |
| | People's Gas Light & Coke Company | | 2,497.01 | NA | NA | 0.00 |
| | Radiant Systems | | 100.00 | NA | NA | 0.00 |
| | Sta-Kleen | | 350.00 | NA | NA | 0.00 |
| | Stewarts Private Blend Foods, Inc. | | 509.10 | NA | NA | 0.00 |
| | Supreme Lobster | | 535.62 | NA | NA | 0.00 |
| | Top Line Seating, Inc. | | 18,260.00 | NA | NA | 0.00 |
| | Total Management Systems | | 5,313.60 | NA | NA | 0.00 |
| | US Food | | 238.53 | NA | NA | 0.00 |
| | Versa Foods, Inc. | | 3,241.65 | NA | NA | 0.00 |
| | Veterans Linen Supply Co., INC. | | 130.15 | NA | NA | 0.00 |
| | Walter J. Jr. Inc. | | 110.00 | NA | NA | 0.00 |
| 12 | A NEW DAIRY INC. | 7100-000 | 704.33 | 1,588.87 | 1,588.87 | 0.00 |
| 17 | ALPHA BAKING | 7100-000 | 2,831.63 | 3,510.28 | 3,510.28 | 0.00 |
| 22B | DEPARTMENT OF TREASURY | 7100-000 | NA | 21,140.47 | 21,140.47 | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10B | IDES | 7100-000 | NA | 100.00 | 100.00 | 0.00 |
| 23B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 561.40 | 561.40 | 0.00 |
| 4B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 793.55 | 793.55 | 0.00 |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 634.00 | 634.00 | 0.00 |
| 6 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 280.00 | 280.00 | 0.00 |
| 7B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 300.00 | 300.00 | 0.00 |
| 8C | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 572.39 | 572.39 | 0.00 |
| 9 | MACCARB | 7100-000 | 150.15 | 150.15 | 150.15 | 0.00 |
| 21 | MORGAN & BLEY LTD. | 7100-000 | NA | 27,917.74 | 27,917.74 | 0.00 |
| 14 | RALLY CAPITAL SERVICES LLC | 7100-000 | 0.00 | 60,500.00 | 60,500.00 | 0.00 |
| 20 | RBS CITIZENS NA DBA CHARTER ONE | 7100-000 | 165,323.00 | 1,039,941.39 | 1,039,941.39 | 0.00 |
| 2 | SOUTHERN WINE & SPIRITS | 7100-000 | 273.54 | 322.14 | 322.14 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | SYSCO CHICAGO INC. | 7100-000 | 0.00 | 1,262,310.36 | 1,262,310.36 | 0.00 |
| 3 | SYSTEMS WOOD FOOD | 7100-000 | 228.81 | 343.56 | 343.56 | 0.00 |
| 1 | TRIMARK MARLINN INC. | 7100-000 | 30,097.46 | 30,829.27 | 30,829.27 | 0.00 |
| 16 | VIENNA BEEF LTD. | 7100-000 | 1,028.97 | 1,034.97 | 1,034.97 | 0.00 |
| 15 | WASTE MANAGEMENT | 7100-000 | 1,176.79 | 1,089.36 | 1,089.36 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 655,050.19 | $ 2,453,919.90 | $ 2,453,919.90 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 09-44730 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF LINCOLN PARK | | | | Date Filed (f) or Converted (c): | 03/16/2010 (c) |
| | | | | | 341(a) Meeting Date: | |
| For Period Ending: | 09/27/2015 | | | | Claims Bar Date: | 02/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 5,103.00 | 0.00 | | 0.00 | FA |
| 3. SECURITY DEPOSITS | 1,565.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 300.00 | 0.00 | | 55,979.14 | FA |
| 5. LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 6. FLATWARE, GLASS, CHINA | 5,974.00 | 0.00 | | 0.00 | FA |
| 7. FURNITURE, FIXTURES | 107,492.00 | 0.00 | | 0.00 | FA |
| 8. PERISHABLES | 9,517.00 | 0.00 | | 0.00 | FA |
| 9. LIQUOR | 5,531.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits    (u) | Unknown | N/A | | 3.70 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $135,985.00        $0.00        $55,982.84        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is preparing TFR

Initial Projected Date of Final Report (TFR): 12/31/2013        Current Projected Date of Final Report (TFR): 12/31/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-44730 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BOSTON BLACKIES OF LINCOLN PARK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1244 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX8121 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/27/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $54,882.23 | | $54,882.23 |
| 02/15/13 | 10001 | INTERNATIONAL SURETIES LTD | Bond #016026455 | 2300-000 | | $49.12 | $54,833.11 |
| 02/15/14 | 10002 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $52.11 | $54,781.00 |
| 02/19/15 | 10003 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $39.13 | $54,741.87 |
| 08/25/15 | 10004 | TRUSTEE BRENDA PORTER HELMS Brenda Porter Helms, Trustee | Final distribution representing a payment of 100.00 % per court order. Reversal check issued to wrong payee | 2100-000 | | ($6,049.14) | $60,791.01 |
| 08/25/15 | 10004 | TRUSTEE BRENDA PORTER HELMS Brenda Porter Helms, Trustee | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $6,049.14 | $54,741.87 |
| 08/25/15 | 10005 | UNITED STATES TRUSTEE Office of the U.S. Trustee, Region 11 219 S. Dearborn St. Room 873 Chicago, IL 60604 | Final distribution to claim 26 representing a payment of 100.00 % per court order. | 2950-000 | | $2,600.00 | $52,141.87 |
| 08/25/15 | 10006 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Final distribution to claim 18 representing a payment of 100.00 % per court order. | 6950-730 | | $3,484.12 | $48,657.75 |
| 08/25/15 | 10007 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Final distribution to claim 24 representing a payment of 100.00 % per court order. | 6950-730 | | $1,701.26 | $46,956.49 |
| 08/25/15 | 10008 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Final distribution to claim 25 representing a payment of 100.00 % per court order. | 6950-730 | | $6,744.33 | $40,212.16 |
| 08/25/15 | 10009 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 4800-000 | | $56.75 | $40,155.41 |

Page Subtotals: $54,882.23    $14,726.82

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-44730 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BOSTON BLACKIES OF LINCOLN PARK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1244 |
| | Checking - Non Interest |
| Taxpayer ID No: XX-XXX8121 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/27/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/25/15 | 10010 | FDIC<br>Broadway Bank<br>Hiltz & Wantuch, LLC<br>53 W. Jackson, Suite 205<br>Chicago, IL  60604 | Final distribution to claim 19 representing a payment of 1.82 % per court order. | 4210-000 | | $34,106.27 | $6,049.14 |
| 08/25/15 | 10011 | The Helms Law Firm P.C. | trustee compensation | 2100-000 | | $6,049.14 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $54,882.23 | $54,882.23 |
| Less: Bank Transfers/CD's | $54,882.23 | $0.00 |
| Subtotal | $0.00 | $54,882.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $54,882.23 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*                                    Page Subtotals:                    $0.00         $40,155.41

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 09-44730 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BOSTON BLACKIES OF LINCOLN PARK | Bank Name: | Bank of America |
| | Account Number/CD#: | XXXXXX6193 |
| | | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX8121 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 09/27/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/12 | 4 | WORLDPAY<br>Citizens BankPl.O. Box 42078providence RI 02940 | account receivable | 1121-000 | $55,979.14 | | $55,979.14 |
| 01/14/12 | 101 | AGUALLO, HUMBERTO | storage fees | 2420-000 | | $564.53 | $55,414.61 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.32 | | $55,414.93 |
| 02/01/12 | 102 | Reverses Check # 102 | account #70-39-61-1000 2 | 2420-000 | | ($206.67) | $55,621.60 |
| 02/01/12 | 102 | GAS, NICOR<br>P.O. Box 0632Aurora IL 60507 | account #70-39-61-1000 2 | 2420-000 | | $206.67 | $55,414.93 |
| 02/01/12 | 103 | CLERK U.S. BANKRUPTCY COURT | reopening fee 09-44370 | 2700-000 | | $260.00 | $55,154.93 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.44 | | $55,155.37 |
| 02/29/12 | 104 | INTRENATIONAL SURETIES LTD. | Trustee bond | 2300-000 | | $72.99 | $55,082.38 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $65.62 | $55,016.76 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.46 | | $55,017.22 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $67.66 | $54,949.56 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.46 | | $54,950.02 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $69.81 | $54,880.21 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.46 | | $54,880.67 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.44 | | $54,881.11 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.47 | | $54,881.58 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.46 | | $54,882.04 |
| | | | Page Subtotals: | | $55,982.65 | $1,100.61 | |

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 09-44730 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: BOSTON BLACKIES OF LINCOLN PARK | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6193 |
| | Money Market - Interest Bearing |
| Taxpayer ID No: XX-XXX8121 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/27/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/14/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | $0.19 | | $54,882.23 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $54,882.23 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $55,982.84 | $55,982.84 |
| Less: Bank Transfers/CD's | $0.00 | $54,882.23 |
| Subtotal | $55,982.84 | $1,100.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $55,982.84 | $1,100.61 |

| | | | |
|---|---|---:|---:|
| UST Form 101-7-TDR (10/1/2010) (Page: 15) | Page Subtotals: | $0.19 | $54,882.23 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1244 - Checking - Non Interest | $0.00 | $54,882.23 | $0.00 |
| XXXXXX6193 - Money Market - Interest Bearing | $55,982.84 | $1,100.61 | $0.00 |
|  | $55,982.84 | $55,982.84 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $55,982.84 |
| Total Gross Receipts: | $55,982.84 |